UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHAN CROSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN-JANE DOE #1, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-00693-JAM-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　　On April 30, 2021, I screened plaintiff's complaint and notified him that it failed to state a claim. ECF No. 9. I gave plaintiff sixty days to file an amended complaint. *Id*. To date, he has not done so.

　　　　To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1  I will give plaintiff a chance to explain why the court should not dismiss the case for his
2 failure to file an amended complaint.  Plaintiff's failure to respond to this order will constitute a
3 failure to comply with a court order and will result in a recommendation that this action be
4 dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case
5 should not be dismissed for failure to prosecute and failure to state a claim.  Should plaintiff wish
6 to continue with this lawsuit, he shall file, within twenty-one days, a first amended complaint.

IT IS SO ORDERED.

Dated:  July 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE